178 F.3d 1279
 Susan Jakubovic
v.
Benni Jakubovic, as Councilman at Large in City of Passaic,
Vicki Garfinkle, Wolf Samay, as Judge of Municipal Court of
City of Passaic, Richard Wolack, as Deputy Chief of Police
in City of Passaic, Police Department of City of Passaic,
City of Passaic, Arthur Gennaro, as Captain of Police
Department of City of Passaic, Robert Fullerman, as
Lieutentant of Police Department of City of Passaic, Jane
Doe, John Does, 1 Through 6, as Officers of
 NO. 98-6079
 United States Court of Appeals,
Third Circuit.
 March 24, 1999
 Appeal From: D.N.J. ,No.97cv04474
 
 1
 Affirmed.